# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
TERLECKI, NICHOLAS J                      §    Case No. 08-73807
TERLECKI, MICHELLE M                      §
                                          §
                                          §
_____Debtor(s)_____§_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ \_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_ , for a total compensation of $ \_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DANIEL M. DONAHUE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 08-73807   MLB   Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: TERLECKI, NICHOLAS J | Date Filed (f) or Converted (c): 11/24/08 (f) |
| TERLECKI, MICHELLE M | 341(a) Meeting Date: 12/29/08 |
| For Period Ending: 12/02/13 | Claims Bar Date: 05/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Disney Timeshare 1 | Unknown | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account # 500022453 Belvidere Bank | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account # 9802918063 Amcore Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5. Misc. household goods & furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 9. Hand Gun 9mm Britta & Remington Shot Gun | 300.00 | 0.00 | | 0.00 | FA |
| 10. Chase Insurance Life & Annunity Company Policy #FK | 2,319.15 | 0.00 | | 0.00 | FA |
| 11. Profit Sharing Plan Savant Capital Management, Inc | 48.02 | 0.00 | | 0.00 | FA |
| 12. Disney Stock 3 shares | 70.11 | 0.00 | | 0.00 | FA |
| 13. 1997 Buick Riviera | 2,650.00 | 0.00 | | 0.00 | FA |
| 14. 2006 - Jeep Commander | 14,600.00 | 0.00 | | 0.00 | FA |
| 15. 2007 - Jeep Compass (Surrendered) | 13,000.00 | 0.00 | | 0.00 | FA |
| 16. Personal injury (mass tort) (u) | 30,135.19 | 70,048.30 | | 32,669.64 | FA |
| 17. Disney Time Share 2 | Unknown | 0.00 | | 0.00 | FA |
| 18. Primary Residence | 234,924.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $302,116.47 | $70,048.30 | | $32,669.64 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                              Ver: 17.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-73807    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | TERLECKI, NICHOLAS J | Date Filed (f) or Converted (c):    11/24/08 (f) |
| | TERLECKI, MICHELLE M | 341(a) Meeting Date:    12/29/08 |
| | | Claims Bar Date:    05/07/13 |

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13    Current Projected Date of Final Report (TFR): 12/01/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-73807 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | Bank Name: | CONGRESSIONAL BANK |
| | TERLECKI, MICHELLE M | Account Number / CD #: | *******0866  GENERAL CHECKING |
| Taxpayer ID No: | *******5699 | | |
| For Period Ending: | 12/02/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/13 | 16 | WAGSTAFF & CARMELL LLP | SETTLEMENT PROCEEDS: PI CLAIM | | 30,135.28 | | 30,135.28 |
| | | IOLTA TRUST ACCOUNT | | | | | |
| | | AVANDIA | Memo Amount: 70,048.30 | 1142-000 | | | |
| | | | PI Settlement (overpaid by .09) | | | | |
| | | WAGSTAFF & CARTMELL LLP | Memo Amount: ( 22,069.25 ) | 3210-000 | | | |
| | | | Attorney Fees | | | | |
| | | WAGSTAFF & CARTMELL | Memo Amount: ( 3,834.20 ) | 3220-000 | | | |
| | | | Attorney Expenses | | | | |
| | | | Memo Amount: ( 209.32 ) | 2990-000 | | | |
| | | | Medicare/Medicaid Liens | | | | |
| | | | Memo Amount: ( 13,800.25 ) | 2990-000 | | | |
| | | | Holdback - subrogation liens | | | | |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 24.86 | 30,110.42 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 28.88 | 30,081.54 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 31.94 | 30,049.60 |
| 09/11/13 | 16 | WAGSTAFF & CARTMELL | Settlement Funds - bal. of holdback | 1142-000 | 2,534.36 | | 32,583.96 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 31.90 | 32,552.06 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 32.50 | 32,519.56 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 34.53 | 32,485.03 |

Page Subtotals     32,669.64     184.61

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Ver: 17.04

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-73807 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | Bank Name: | CONGRESSIONAL BANK |
|  | TERLECKI, MICHELLE M | Account Number / CD #: | *******0866  GENERAL CHECKING |
| Taxpayer ID No: | *******5699 |  |  |
| For Period Ending: | 12/02/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 70,048.30 | COLUMN TOTALS | 32,669.64 | 184.61 | 32,485.03 |
|  | Memo Allocation Disbursements: | 39,913.02 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 32,669.64 | 184.61 |  |
|  | Memo Allocation Net: | 30,135.28 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 32,669.64 | 184.61 |  |
|  |  |  |  |  | NET | ACCOUNT |
|  | Total Allocation Receipts: | 70,048.30 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 39,913.02 | GENERAL CHECKING - ********0866 | 32,669.64 | 184.61 | 32,485.03 |
|  |  |  |  | ----------------------- | ----------------------- | ----------------------- |
|  | Total Memo Allocation Net: | 30,135.28 |  | 32,669.64 | 184.61 | 32,485.03 |
|  |  |  |  | ============= | ============= | ============= |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2013 |
|---|---|---|---|---|---|---|

Case Number: 08-73807  
Debtor Name: TERLECKI, NICHOLAS J  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $24.86 | $24.86 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $11,500.00 | $11,500.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $829.72 | $829.72 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,358.01 | $6,358.01 |
| 000002 070 7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $2,630.51 | $2,630.51 |
| 000003 070 7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $4,321.50 | $4,321.50 |
| 000004 070 7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $267.36 | $267.36 |
| 000005 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,125.98 | $1,125.98 |
| 000006 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $355.79 | $355.79 |
| 000007 070 7100-00 | MARATHON PETROLEUM COMPANY LP<br>PO BOX 81<br>FINDLAY OH 45839 | Unsecured | | $0.00 | $655.98 | $655.98 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 02, 2013 |
|---|---|---|---|---|---|---|

Case Number:  08-73807  
Debtor Name:  TERLECKI, NICHOLAS J

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $7,137.40 | $7,137.40 |
| 000009<br>070<br>7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $3,161.05 | $3,161.05 |
| 000010<br>070<br>7100-00 | Springleaf Financial Services of<br>Indiana, INC.<br>PO Box 3251<br>Evansville IN 47731-3251 | Unsecured | | $0.00 | $258.38 | $258.38 |
| 000011<br>070<br>7100-00 | Eckhoff & Massarelli, P.C.<br>330 S. Naperville Road, Suite 404<br>Wheaton, IL 60187 | Unsecured | | $0.00 | $16,538.60 | $16,538.60 |
| 000012<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $3,084.43 | $3,084.43 |
| 000013<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $382.37 | $382.37 |
| 000014<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $256.73 | $256.73 |
| 000015<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $343.95 | $343.95 |
| 000016<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,322.21 | $1,322.21 |
| 000017<br>070<br>7100-00 | eCAST Settlement Corporation,<br>assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $2,961.62 | $2,961.62 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 02, 2013 |

Case Number:  08-73807  
Debtor Name:  TERLECKI, NICHOLAS J  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $2,672.56 | $2,672.56 |
| | Case Totals: | | | $0.00 | $66,189.01 | $66,189.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73807
Case Name: TERLECKI, NICHOLAS J
   TERLECKI, MICHELLE M
Trustee Name: DANIEL M. DONAHUE

   Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses       $_____
   Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000005 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000006 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000007 | MARATHON PETROLEUM COMPANY LP | $ | $ | $ |
| 000008 | Sallie Mae | $ | $ | $ |
| 000009 | State Farm Bank | $ | $ | $ |
| 000010 | Springleaf Financial Services of Indiana, INC. | $ | $ | $ |
| 000011 | Eckhoff & Massarelli, P.C. | $ | $ | $ |
| 000012 | Capital Recovery V, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Capital Recovery V, LLC | $ | $ | $ |
| 000014 | Capital Recovery V, LLC | $ | $ | $ |
| 000015 | Capital Recovery V, LLC | $ | $ | $ |
| 000016 | Capital Recovery V, LLC | $ | $ | $ |
| 000017 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000018 | Capital Recovery V, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE