# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                   §
                                         §
TERLECKI, NICHOLAS J                     §        Case No. 08-73807
TERLECKI, MICHELLE M                     §
                                         §
           Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     
     U.S. Bankruptcy Clerk's Office
     Stanley J. Roszkowski U.S. Courthouse
     327 South Church Street
     Room 1100
     Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/30/2013 in Courtroom 3100,
     United States Courthouse
     327 South Church Street
     Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| TERLECKI, NICHOLAS J | § | Case No. 08-73807 |
| TERLECKI, MICHELLE M | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 72,582.66 |
| and approved disbursements of | $ | 40,097.63 |
| leaving a balance on hand of[1] | $ | 32,485.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: DANIEL M. DONAHUE | $ 4,016.96 | $ 0.00 | $ 4,016.96 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 11,500.00 | $ 0.00 | $ 11,500.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 829.72 | $ 0.00 | $ 829.72 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 16,346.68 |
| Remaining Balance | $ 16,138.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,834.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  30.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,358.01 | $ 0.00 | $ 1,905.99 |
| 000002 | eCAST Settlement Corporation, assignee | $ 2,630.51 | $ 0.00 | $ 788.57 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 4,321.50 | $ 0.00 | $ 1,295.49 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 267.36 | $ 0.00 | $ 80.15 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,125.98 | $ 0.00 | $ 337.54 |
| 000006 | Quantum3 Group LLC as agent for | $ 355.79 | $ 0.00 | $ 106.66 |
| 000007 | MARATHON PETROLEUM COMPANY LP | $ 655.98 | $ 0.00 | $ 196.65 |
| 000008 | Sallie Mae | $ 7,137.40 | $ 0.00 | $ 2,139.63 |
| 000009 | State Farm Bank | $ 3,161.05 | $ 0.00 | $ 947.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Springleaf Financial Services of Indiana, INC. | $ 258.38 | $ 0.00 | $ 77.46 |
| 000011 | Eckhoff & Massarelli, P.C. | $ 16,538.60 | $ 0.00 | $ 4,957.90 |
| 000012 | Capital Recovery V, LLC | $ 3,084.43 | $ 0.00 | $ 924.64 |
| 000013 | Capital Recovery V, LLC | $ 382.37 | $ 0.00 | $ 114.63 |
| 000014 | Capital Recovery V, LLC | $ 256.73 | $ 0.00 | $ 76.96 |
| 000015 | Capital Recovery V, LLC | $ 343.95 | $ 0.00 | $ 103.11 |
| 000016 | Capital Recovery V, LLC | $ 1,322.21 | $ 0.00 | $ 396.36 |
| 000017 | eCAST Settlement Corporation, assignee | $ 2,961.62 | $ 0.00 | $ 887.83 |
| 000018 | Capital Recovery V, LLC | $ 2,672.56 | $ 0.00 | $ 801.17 |

Total to be paid to timely general unsecured creditors    $ 16,138.35

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
           Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 08-73807-TML
     Nicholas J Terlecki                                          Chapter 7
     Michelle M Terlecki
              Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2             Date Rcvd: Dec 04, 2013
                              Form ID: pdf006            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
db/jdb        +Nicholas J Terlecki,    Michelle M Terlecki,    322 Briarwood Drive,    Poplar Grove, IL 61065-7832
12896280      +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-5282
12896282       Bank Of America,    4060 Ogletown/stan,   Newark, DE 19713
12896283      +Beneficial/hfc,    Po Box 1547,   Chesapeake, VA 23327-1547
12896284     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12896288     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,     P.o. Box 9223,    Farmington Hil, MI 48333)
12896285      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12896286      +Chase,   N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
12896287      +Chase- Bp,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12896290       Disney Vacation Development,    PO Box 470727,    Celebration, FL 34747-0727
12896300     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,     PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850)
12896298      +Hsbc / Aib,   6602 Convoy Ct,    San Diego, CA 92111-1009
12896299      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
12896301      +Hsbc/menards,   90 Christiana Rd,    New Castle, DE 19720-3118
12896304       Prairie Green Homeownders Assoc.,    Poplar Grove, IL 61065
20229848       State Farm Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
12896306      +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
12896307      +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
12896279      +Terlecki Michelle M,    322 Briarwood Drive,   Poplar Grove, IL 61065-7832
12896278      +Terlecki Nicholas J,    322 Briarwood Drive,   Poplar Grove, IL 61065-7832
12896308      +Thd/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
12896310      +Wells Fargo Hm Mortgag,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
12896311      +Wf Fin Bank,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
12896312      +Wfnnb/american,    4590 E Broad St,   Columbus, OH 43213-1301
12896313      +Wfnnb/victorias Secret,    220 W Schrock Rd,   Westerville, OH 43081-2873
20029249       eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20441957       E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:52:11      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20028669       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:00      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
12896289      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:00      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
12896291      +E-mail/Text: lawyers@gelawoffices.com Dec 05 2013 01:07:28      Eckhoff & Massarelli, P.C.,
                330 S. Naperville Road, Suite 404,    Wheaton, IL 60187-5442
12896292      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:52:11      Gemb/gap,    Po Box 981400,
                El Paso, TX 79998-1400
12896293      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:49:51      Gemb/jcp,    Po Box 981402,
                El Paso, TX 79998-1402
12896294       E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:15:47      Gemb/lowes,    Po Box 103065,
                Roswell, GA 30076
12896295      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:15:47      Gemb/mens Wearhouse,
                Po Box 981400,   El Paso, TX 79998-1400
12896296      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:49:52      Gemb/sams Club,    Po Box 981400,
                El Paso, TX 79998-1400
12896297      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:15:47      Gemb/walmart,    Po Box 981400,
                El Paso, TX 79998-1400
12896302      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 05 2013 01:05:48      Kohls/chase,
                N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20122420      +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Dec 05 2013 01:06:44
                MARATHON PETROLEUM COMPANY LP,    PO BOX 81,   FINDLAY OH 45839-0081
12896303      +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Dec 05 2013 01:06:44      Marathon Petroleum Co,
                539 S Main St,   Findlay, OH 45840-3229
20038538      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2013 01:15:34
                PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20083107       E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2013 01:06:23
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
20407186       E-mail/PDF: cbp@slfs.com Dec 05 2013 01:15:30      Springleaf Financial Services of Indiana, INC.,
                PO Box 3251,   Evansville IN 47731-3251
12896281       E-mail/PDF: cbp@slfs.com Dec 05 2013 01:15:30      American General Finan,    342 W Chrysler Dr,
                Belvidere, IL 61008
20200911      +E-mail/PDF: pa_dc_claims@salliemae.com Dec 05 2013 01:15:32      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
12896305      +E-mail/PDF: pa_dc_claims@salliemae.com Dec 05 2013 01:15:32      Sallie Mae Servicing,
                1002 Arthur Dr,   Lynn Haven, FL 32444-1683
                                                                                              TOTAL: 19
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Dec 04, 2013
                              Form ID: pdf006            Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20442648*        eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,    POB 35480,
                  Newark, NJ 07193-5480
12896309      ##+Warners,    415 Logan Avenue,    Belvidere, IL 61008-3733
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Kathryn A Klein    on behalf of Creditor   DaimlerChrysler Financial Services Americas, L.L.C.
               iln@riezmanberger.com
              Linda  Godfrey    on behalf of Debtor Nicholas J Terlecki lgodfrey@thecrosbylawfirm.com,
               hharms@thecrosbylawfirm.com
              Linda  Godfrey    on behalf of Joint Debtor Michelle M Terlecki lgodfrey@thecrosbylawfirm.com,
               hharms@thecrosbylawfirm.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```