UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| TERLECKI, NICHOLAS J | § | Case No. 08-73807 |
| TERLECKI, MICHELLE M | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                                                               Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                    . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial P.o. Box 9223 Farmington Hil, MI 48333 | | | | | |
| | Disney Vacation Development PO Box 470727 Celebration, FL  34747-0727 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 3)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Disney Vacation Development PO Box 470727 Celebration, FL  34747-0727 | | | | | |
| | Hsbc / Aib 6602 Convoy Ct San Diego, CA  92111 | | | | | |
| | Warners 415 Logan Avenue Belvidere, IL  61008 | | | | | |
| | Wells Fargo Hm Mortgag 3476 Stateview Blvd Fort Mill, SC  29715 | | | | | |
| | Wf Fin Bank 3201 N 4th Ave Sioux Falls, SD  57104 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| Holdback - subrogation liens | | | | | |
| Medicare/Medicaid Liens | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WAGSTAFF & CARTMELL LLP | | | | | |
| WAGSTAFF & CARTMELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan 342 W Chrysler Dr Belvidere, IL 61008 | | | | | |
| | Bank Of America 4060 Ogletown/stan Newark, DE 19713 | | | | | |
| | Bank Of America 4060 Ogletown/stan Newark, DE 19713 | | | | | |
| | Bank Of America 4060 Ogletown/stan Newark, DE 19713 | | | | | |
| | Beneficial/hfc Po Box 1547 Chesapeake, VA  23327 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH  43081 | | | | | |
| | Chase- Bp 800 Brooksedge Blvd Westerville, OH  43081 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Gemb/gap Po Box 981400 El Paso, TX  79998 | | | | | |
| | Gemb/jcp Po Box 981402 El Paso, TX  79998 | | | | | |
| | Gemb/lowes Po Box 103065 Roswell, GA  30076 | | | | | |
| | Gemb/mens Wearhouse Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/sams Club Po Box 981400 El Paso, TX  79998 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX  79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL  60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL  60197 | | | | | |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE  19850 | | | | | |
| | Hsbc/menards 90 Christiana Rd New Castle, DE  19720 | | | | | |
| | Kohls/chase N56 W17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |
| | Marathon Petroleum Co 539 S Main St Findlay, OH  45840 | | | | | |
| | State Farm Financial S 3 State Farm Plaza N-4 Bloomington, IL  61791 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN  55440 | | | | | |
| | Thd/cbsd Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Thd/cbsd Po Box 6497 Sioux Falls, SD  57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wf Fin Bank 3201 N 4th Ave Sioux Falls, SD  57104 | | | | | |
| | Wfnnb/american 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/victorias Secret 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| 000012 | CAPITAL RECOVERY V, LLC | | | | | |
| 000013 | CAPITAL RECOVERY V, LLC | | | | | |
| 000014 | CAPITAL RECOVERY V, LLC | | | | | |
| 000015 | CAPITAL RECOVERY V, LLC | | | | | |
| 000016 | CAPITAL RECOVERY V, LLC | | | | | |
| 000018 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000017 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000011 | ECKHOFF & MASSARELLI, P.C. | | | | | |
| 000007 | MARATHON PETROLEUM COMPANY LP | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000008 | SALLIE MAE | | | | | |
| 000010 | SPRINGLEAF FINANCIAL SERVICES OF IN | | | | | |
| 000009 | STATE FARM BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-73807 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TERLECKI, NICHOLAS J | | | Date Filed (f) or Converted (c): | 11/24/08 (f) |
| | TERLECKI, MICHELLE M | | | 341(a) Meeting Date: | 12/29/08 |
| For Period Ending: | 02/14/14 | | | Claims Bar Date: | 05/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Disney Timeshare 1 | Unknown | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account # 500022453 Belvidere Bank | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account # 9802918063 Amcore Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5. Misc. household goods & furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 9. Hand Gun 9mm Britta & Remington Shot Gun | 300.00 | 0.00 | | 0.00 | FA |
| 10. Chase Insurance Life & Annunity Company Policy #FK | 2,319.15 | 0.00 | | 0.00 | FA |
| 11. Profit Sharing Plan Savant Capital Management, Inc | 48.02 | 0.00 | | 0.00 | FA |
| 12. Disney Stock 3 shares | 70.11 | 0.00 | | 0.00 | FA |
| 13. 1997 Buick Riviera | 2,650.00 | 0.00 | | 0.00 | FA |
| 14. 2006 - Jeep Commander | 14,600.00 | 0.00 | | 0.00 | FA |
| 15. 2007 - Jeep Compass (Surrendered) | 13,000.00 | 0.00 | | 0.00 | FA |
| 16. Personal injury (mass tort) (u) | 30,135.19 | 70,048.30 | | 32,669.64 | FA |
| 17. Disney Time Share 2 | Unknown | 0.00 | | 0.00 | FA |
| 18. Primary Residence | 234,924.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $302,116.47 | $70,048.30 | | $32,669.64 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                                                                                                                         Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 08-73807   MLB   Judge: MANUEL BARBOSA | Trustee Name:   DANIEL M. DONAHUE |
| Case Name: | TERLECKI, NICHOLAS J | Date Filed (f) or Converted (c):   11/24/08 (f) |
| | TERLECKI, MICHELLE M | 341(a) Meeting Date:   12/29/08 |
| | | Claims Bar Date:   05/07/13 |

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 12/01/13

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 08-73807 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | Bank Name: | CONGRESSIONAL BANK |
|  | TERLECKI, MICHELLE M | Account Number / CD #: | *******0866 GENERAL CHECKING |
| Taxpayer ID No: | *******5699 |  |  |
| For Period Ending: | 02/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/31/13 | 16 | WAGSTAFF & CARMELL LLP IOLTA TRUST ACCOUNT | SETTLEMENT PROCEEDS: PI CLAIM |  | 30,135.28 |  | 30,135.28 |
|  |  | AVANDIA | Memo Amount: 70,048.30 | 1142-000 |  |  |  |
|  |  |  | PI Settlement (overpaid by .09) |  |  |  |  |
|  |  | WAGSTAFF & CARTMELL LLP | Memo Amount: ( 22,069.25 ) | 3210-000 |  |  |  |
|  |  |  | Attorney Fees |  |  |  |  |
|  |  | WAGSTAFF & CARTMELL | Memo Amount: ( 3,834.20 ) | 3220-000 |  |  |  |
|  |  |  | Attorney Expenses |  |  |  |  |
|  |  |  | Memo Amount: ( 209.32 ) | 2990-000 |  |  |  |
|  |  |  | Medicare/Medicaid Liens |  |  |  |  |
|  |  |  | Memo Amount: ( 13,800.25 ) | 2990-000 |  |  |  |
|  |  |  | Holdback - subrogation liens |  |  |  |  |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 |  | 2300-000 |  | 24.86 | 30,110.42 |
| 07/05/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 |  | 28.88 | 30,081.54 |
| 08/05/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 |  | 31.94 | 30,049.60 |
| 09/11/13 | 16 | WAGSTAFF & CARTMELL | Settlement Funds - bal. of holdback | 1142-000 | 2,534.36 |  | 32,583.96 |
| 09/11/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 |  | 31.90 | 32,552.06 |
| 10/03/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 |  | 32.50 | 32,519.56 |
| 11/05/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 |  | 34.53 | 32,485.03 |
| * 11/05/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-003 |  | 34.53 | 32,450.50 |
| * 12/09/13 |  | Reverses Adjustment OUT on 11/05/13 | BANK SERVICE FEE - October, 2013 DUPLICATE ENTRY | 2600-003 |  | -34.53 | 32,485.03 |
| 12/27/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 |  | 4,016.96 | 28,468.07 |

Page Subtotals     32,669.64     4,201.57

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-73807 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | | Bank Name: | CONGRESSIONAL BANK |
| | TERLECKI, MICHELLE M | | Account Number / CD #: | *******0866 GENERAL CHECKING |
| Taxpayer ID No: | *******5699 | | | |
| For Period Ending: | 02/14/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,500.00 | 16,968.07 |
| 12/27/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 829.72 | 16,138.35 |
| 12/27/13 | 000104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 30.0% | 7100-000 | | 1,905.99 | 14,232.36 |
| 12/27/13 | 000105 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000002, Payment 30.0% | 7100-000 | | 788.57 | 13,443.79 |
| 12/27/13 | 000106 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 30.0% | 7100-000 | | 1,295.49 | 12,148.30 |
| 12/27/13 | 000107 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 30.0% | 7100-000 | | 80.15 | 12,068.15 |
| 12/27/13 | 000108 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000005, Payment 30.0% | 7100-000 | | 337.54 | 11,730.61 |
| 12/27/13 | 000109 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 30.0% | 7100-000 | | 106.66 | 11,623.95 |
| 12/27/13 | 000110 | MARATHON PETROLEUM COMPANY LP<br>PO BOX 81 | Claim 000007, Payment 30.0% | 7100-000 | | 196.65 | 11,427.30 |

                                                      Page Subtotals        0.00        17,040.77

Ver: 17.04c

FORM 2      Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 08-73807 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | Bank Name: | CONGRESSIONAL BANK |
| | TERLECKI, MICHELLE M | Account Number / CD #: | *******0866 GENERAL CHECKING |
| Taxpayer ID No: | *******5699 | | |
| For Period Ending: | 02/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/13 | 000111 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000008, Payment 30.0% | 7100-000 | | 2,139.63 | 9,287.67 |
| 12/27/13 | 000112 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 30.0% | 7100-000 | | 947.61 | 8,340.06 |
| 12/27/13 | 000113 | Springleaf Financial Services of Indiana, INC.<br>PO Box 3251<br>Evansville IN 47731-3251 | Claim 000010, Payment 30.0% | 7100-000 | | 77.46 | 8,262.60 |
| 12/27/13 | 000114 | Eckhoff & Massarelli, P.C.<br>330 S. Naperville Road, Suite 404<br>Wheaton, IL 60187 | Claim 000011, Payment 30.0% | 7100-000 | | 4,957.90 | 3,304.70 |
| 12/27/13 | 000115 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000012, Payment 30.0% | 7100-000 | | 924.64 | 2,380.06 |
| 12/27/13 | 000116 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 30.0% | 7100-000 | | 114.63 | 2,265.43 |
| 12/27/13 | 000117 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 30.0% | 7100-000 | | 76.96 | 2,188.47 |
| 12/27/13 | 000118 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 000015, Payment 30.0% | 7100-000 | | 103.11 | 2,085.36 |

Page Subtotals      0.00      9,341.94

Ver: 17.04c

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-73807 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | | Bank Name: | CONGRESSIONAL BANK |
| | TERLECKI, MICHELLE M | | Account Number / CD #: | *******0866  GENERAL CHECKING |
| Taxpayer ID No: | *******5699 | | | |
| For Period Ending: | 02/14/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/13 | 000119 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 30.0% | 7100-000 | | 396.36 | 1,689.00 |
| 12/27/13 | 000120 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000017, Payment 30.0% | 7100-000 | | 887.83 | 801.17 |
| 12/27/13 | 000121 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 30.0% | 7100-000 | | 801.17 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 70,048.30 | COLUMN TOTALS | | 32,669.64 | 32,669.64 | 0.00 |
| Memo Allocation Disbursements: | 39,913.02 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 32,669.64 | 32,669.64 | |
| Memo Allocation Net: | 30,135.28 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 32,669.64 | 32,669.64 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 70,048.30 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 39,913.02 | GENERAL CHECKING - ********0866 | | 32,669.64 | 32,669.64 | 0.00 |
| Total Memo Allocation Net: | 30,135.28 | | | 32,669.64 | 32,669.64 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       2,085.36

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-73807 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | TERLECKI, NICHOLAS J | Bank Name: | CONGRESSIONAL BANK |
| | TERLECKI, MICHELLE M | Account Number / CD #: | *******0866  GENERAL CHECKING |
| Taxpayer ID No: | *******5699 | | |
| For Period Ending: | 02/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

Ver: 17.04c